**SDO SCOTT D. OWENS, P.A.**
PROTECTING CONSUMERS. PURSUING JUSTICE.

3800 S. Ocean Drive | Suite 235
Hollywood, FL 33019

T: 954.589.0588  F: 954.337.0666
Toll Free: 844.736.5342

www.ScottDOwens.com

June 2, 2015

Bank of America Corporation
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

RE:   *Christopher Legg v. Laboratory Corporation of America Holdings*
      Case No. 14-cv-61543-RLR (S.D. Fla., Filed July 6, 2014)

To Whom It May Concern:

   I am counsel for the Plaintiff in the above referenced action. It has come to my attention that Bank of America Corporation is the subject of a subpoena to produce documents (included herewith), issued by counsel for the Defendant in this matter, Hogan Lovells US, LLP.

   I intend to file a motion to quash the subpoena within the coming days. A copy of same will be provided to you once filed. Until the parties receive an Order on the proposed Motion to Quash from the Court, please refrain from producing the requested information. When the Court determines whether you are required to produce the requested documents, I will promptly inform you.

   A copy of this letter will be provided to the Court and opposing counsel so that your company will not appear as if it has failed to comply. If you have any question or concerns, please do not hesitate to contact your attorney.

   Thank you in advance for your cooperation in this matter.

Sincerely,

Scott D. Owens, Esq.