# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 14-cv-61543-RLR

CHRISTOPHER LEGG, individually and on )
behalf of all others similarly situated, )
                                               )
      Plaintiff, )
                                               )
v. )
                                               )
LABORATORY CORPORATION OF )
AMERICA HOLDINGS, )
a Delaware corporation, )
                                               )
      Defendant. )

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

## INTRODUCTION

███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████

███████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

_____

[1] This motion is contingent on the Court first ruling on Plaintiff's pending motion for class certification, which was filed under seal on April 9, 2015, is fully briefed, and scheduled for hearing on July 13, 2015. This is to avoid any one-way intervention issue concerning the class members. Plaintiff would have waited until a ruling on that motion before filing this motion, however the Court set July 1, 2015 as the deadline for filing any summary judgment motion.

















████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████ defense which points

out a defect in the plaintiff's prima facie case is not an affirmative defense

████████████████████████████████████████████████████████████

*Buccellati Holding Italia Spa v. Laura Buccellati, LLC*, 5 F.Supp.3d 1368, 1373 (S.D. Fla. 2014)

(granting summary judgment against defenses that were "not enumerated in" the statute at issue)

Even if a defense presents affirmative matter, however, LabCorp must still prove the

defense is applicable, and that sufficient evidence exists to create genuine issue of material fact

on it. *See*

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

                                    *See*

As explained below, each of LabCorp's "defenses" fail the above

requirements, and thus Plaintiff and the class are entitled to summary judgment on all of them.

A.      The First Alleged Defense – Failure to State a Claim – Is Not Affirmative
        Matter and the Court Already Rejected It

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████

**The Second Defense – "Good Faith" and "Diligent Efforts" – Is Not Affirmative Matter, Not a Defense to a FACTA Claim, and the Undisputed Facts Defeat It as a Matter of Law**

**Is Not Affirmative, Not a Defense to a FACTA Claim, and the Undisputed Facts Defeat It as a Matter of Law**

15

the

**Undisputed Facts Defeat It as a Matter of Law.**



████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████ and the
**Undisputed Facts Defeat It as a Matter of Law.**

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████

████████████████████████████████████████ the
**Undisputed Facts Defeat It as a Matter of Law.**

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

the
Undisputed Facts Defeat It as a Matter of Law, and It Contradicts the
Statutory Text.



**CONCLUSION**

Plaintiff and the class should be granted summary judgment on liability as to their claims against LabCorp under FACTA, and against LabCorp's alleged "defenses." A hearing or trial should be set to determine the amount of statutory damages to be awarded.

Respectfully submitted,

By:/s/ *Scott D. Owens*
Scott D. Owens, Esq.
*Attorney for Plaintiff and the putative Class*
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Telephone: 954-589-0588
Facsimile: 954-337-0666
scott@scottdowens.com

Bret L. Lusskin
20803 Biscayne Blvd.

20

Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

Michael S. Hilicki (*pro hac vice*)
Illinois Bar No. 6225170
KEOGH LAW, LTD
55 West Monroe Street
Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
mhilicki@keoghlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will be served on all parties and counsel of record via the CM/ECF system.

By:/s/ *Scott D. Owens*
Scott D. Owens, Esq.
*Attorney for Plaintiff and the putative Class*
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Telephone: 954-589-0588
Facsimile: 954-337-0666
scott@scottdowens.com