**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHRISTOPER W. LEGG, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation,

Defendant.

**CASE NO. 0:14-cv-61543-RLR**

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM REGARDING FACTA/FCRA CASES CITED IN PLAINTIFF'S CLASS CERTIFICTAION SUBMISSIONS**

Pursuant to the Court's July 9, 2015 order [ECF No. 166] directing the parties to submit a supplemental memorandum listing the cases cited in their class certification submissions that addressed class certification in the context of a FACTA/FCRA case, Plaintiff hereby submits the following list:

1. *Bateman v. Am. Multi-Cinema*, 623 F.3d 708 (9th Cir. 2010)
(denial of class certification reversed)

2. *Bush v. Calloway Consol. Group River City, Inc.*, No. 10-cv-841
2012 U.S. Dist. LEXIS 40450 (M.D. Fla. Mar. 26, 2012)
(motion for class certification granted)

3. *In re Toys "R" Us- Delaware, Inc. - Fair and Accurate Credit Trans. Act (FACTA) Litig.*, 300 F.R.D. 347 (C.D. Cal. 2013)
(motion for class certification granted)

4. *Rogers v. Khatra Petro, Inc.*, 08-cv-294
2010 U.S. Dist. LEXIS 103599 (N.D. Ind. Sept. 29, 2010)
(motion for class certification granted)

5. *Miller-Huggins v. Mario's Butcher Shop, Inc.*, No. 09-3774
2010 U.S. Dist. LEXIS 16493 (N.D. Ill. Feb. 22, 2010)
(motion for class certification granted in part)

6. *Shurland v. Bacci Cafe & Pizzeria on Ogden, Inc.*, 259 F.R.D. 151 (N.D. Ill. 2009) (motion for class certification granted)

7. *Harris v. Best Buy Co., Inc.*, 254 F.R.D. 82 (N.D. Ill. 2008) (motion for class certification granted)

8. *Redmon v. Uncle Julio's of Illinois, Inc.*, 249 F.R.D. 290 (N.D. Ill. 2008) (motion for class certification granted)

9. *Meehan v. Buffalo Wild Wings, Inc.*, 249 F.R.D. 284 (N.D. Ill. 2008) (motion for class certification granted)

10. *Matthews v. United Retail, Inc.*, 248 F.R.D. 210 (N.D. Ill. 2008) (motion for class certification granted)

11. *Hammer v. JP's Southwestern Foods, L.L.C.*, 267 F.R.D. 284 (W.D. Mo. 2010) (motion for class certification granted)

12. *Ticknor v. Rouse's Enters.*, 2014 U.S. Dist. LEXIS 61371 (E.D. La. May 2, 2014) (motion for class certification denied)

13. *Tchoboian v. Parking Concepts, Inc.*, No. 09-422 2009 U.S. Dist. LEXIS 62122 (C.D. Cal. July 16, 2009) (motion for class certification granted)

14. *Ehren v. Moon, Inc.*, 2010 U.S. Dist. LEXIS 133085 (S.D. Fla. Dec. 3, 2010) (motion for class certification denied)

15. *Leysoto v. Mama Mia I., Inc.*, 255 F.R.D. 693 (S.D. Fla. 2009) (motion for class certification denied)

16. *Velasco v. Sogro, Inc.*, No. 08 C 244 2014 U.S. Dist. LEXIS 104047 (E.D. Wis. July 30, 2014) (denying motion to decertify the previously certified class)

17. *Legg v. Spirit Airlines, Inc.*, 14-cv-61978-JIC (S.D. Fla. June 10, 2015) Submitted as supplemental authority on June 11, 2015 [ECF No. 112] (motion for class certification granted)

Respectfully submitted,

By:/s/ *Patrick Crotty*
Patrick Crotty, Esq.
Florida Bar No. 0108541
Scott D. Owens, Esq.
Florida Bar No. 0597651

SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Telephone: 954-589-0588
Facsimile: 954-337-0666
scott@scottdowens.com
patrick@scottdowens.com

Bret L. Lusskin
20803 Biscayne Blvd.
Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

Michael S. Hilicki (*pro hac vice*)
Illinois Bar No. 6225170
KEOGH LAW, LTD
55 West Monroe Street
Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
mhilicki@keoghlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will be served on all parties and counsel of record via the CM/ECF system.

By:/s/ *Patrick Crotty*
Patrick C. Crotty, Esq.