UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 14-61543-CIV-ROSENBERG/BRANNON

CHRISTOPHER W. LEGG,
individually and on behalf of all others similarly situated,

        Plaintiff,

v.

LABORATORY CORPORATION OF
AMERICA HOLDINGS, a Delaware corporation,

        Defendant.

## DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Laboratory Corporation of America Holdings ("LabCorp"), by and through its undersigned counsel, hereby gives notice of filing the following as supplemental authority in support of LabCorp's Motion for Summary Judgment on All Claims (D.E. 142):

1. *Boise v. ACE USA, Inc.*, 15-CIV-21264, 2015 WL 4077433, at *5-6 (S.D. Fla. July 6, 2015) (Cooke, J.) (ordering stay of proceedings pending the U.S. Supreme Court's decision in *Spokeo, Inc. v. Robins*, 135 S. Ct. 1892 (2015)), attached hereto as Ex. A.

2. *Larson v. Trans Union, LLC*, 12-CV-05726-WHO, 2015 WL 3945052, at *7-8 (N.D. Cal. June 26, 2015) (staying a Fair Credit Reporting Act case pending the outcome of *Spokeo*), attached hereto as Ex. B.

3. *Williams v. Elephant Ins. Co.*, 1:15-CV-00119-GBL, 2015 WL 3631691, at *1 (E.D. Va. May 27, 2015) (ordering stay pending the outcome of *Spokeo*), attached as Ex. C.

4. *In re Monitronics Int'l, Inc.*, 5:11-cv-00090-IMK-JSK, ECF No. 459 (N.D.W. Va. June 17, 2015) (ordering stay of proceedings pending the disposition of *Spokeo* and adopting a proposed stipulation of the parties), attached as Ex. D.

Dated: July 10, 2015

Respectfully submitted,

/s/ Carol A. Licko
Carol A. Licko
Florida Bar Number: 435872
carol.licko@hoganlovells.com
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel:   (305) 459-6500
Fax:   (305) 459-6550

Steven F. Barley (*admitted pro hac vice*)
Elisabeth S. Walden (*admitted pro hace vice*)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel:   (410) 659-2700
Fax:   (410) 659-2701
steve.barley@hoganlovells.com
Elisabeth.walden@hoganlovells.com

*Counsel for Defendant Laboratory Corporation of America Holdings*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel so indicated below:

Scott David Owens
Patrick C. Crotty
Scott D. Owens P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
scott@scottdowens.com
pcrotty@scottdowens.com

Michael Hilicki
Keogh Law, LTD
55 W. Monroe Street
Suite 3390
Chicago, Illinois 60603
MHilicki@KeoghLaw.com

Bret Leon Lusskin, Jr.
Bret Lusskin, P.A.
20803 Biscayne Blvd.
Suite 302
Aventura, FL 33180
blusskin@lusskinlaw.com

*Counsel for Plaintiff*

/s/ Carol A. Licko