UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 14-61543-CIV-ROSENBERG/BRANNON

| | |
|---|---|
| CHRISTOPHER W. LEGG<br>Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MEDIATION RESULTS
AND JOINT REQUEST FOR A STAY OF PENDING MATTERS**

Pursuant to the Court's instruction during the July 13, 2015 hearing, Plaintiff hereby notifies the Court that in connection with the parties' mediation on July 15, 2015, they reached a non-binding agreement in principle to resolve the litigation. The parties are working to finalize a written settlement agreement and anticipate filing a motion seeking the Court's preliminary approval of the class settlement after that occurs.

In the interim, the parties respectfully request that the Court stay the case, including suspension of all pending briefing deadlines and discovery. Counsel for Laboratory Corporation of America Holdings authorized Plaintiff to indicate that it joins this request.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　By:/s/ *Scott D. Owens*
　　　　　　　　　　　　　　　　　　　Scott D. Owens, Esq.
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff and the putative Class*
　　　　　　　　　　　　　　　　　　　Florida Bar No. 0597651
　　　　　　　　　　　　　　　　　　　SCOTT D. OWENS, P.A.
　　　　　　　　　　　　　　　　　　　3800 S. Ocean Dr., Suite 235
　　　　　　　　　　　　　　　　　　　Hollywood, Florida 33019

Telephone: 954-589-0588
Facsimile: 954-337-0666
scott@scottdowens.com

Bret L. Lusskin
20803 Biscayne Blvd.
Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

Michael S. Hilicki (*pro hac vice*)
Illinois Bar No. 6225170
KEOGH LAW, LTD
55 West Monroe Street
Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
mhilicki@keoghlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will be served on all parties and counsel of record via the CM/ECF system.

By:/s/ *Scott D. Owens*
Scott D. Owens, Esq.
*Attorney for Plaintiff and the putative Class*
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone: 954-589-0588
Facsimile: 954-337-0666
scott@scottdowens.com