# APPENDIX 6

## Declaration of Bret Lusskin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-cv-61543-RLR

| | |
|---|---|
| CHRISTOPHER LEGG, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation, | ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF ATTORNEY BRET L. LUSSKIN

I, Bret L. Lusskin, Esq., declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. My name is Bret L. Lusskin. I am a Florida-licensed attorney and operate under the name Bret Lusskin, P.A.; I am co-counsel representing Plaintiff CHRISTOPHER LEGG in this matter; I have conferred with my client throughout the instant litigation and my client seeks for my appointment as class counsel for the reasons stated herein.

2. I am a member in good standing of the Bars of the following Courts:

    Supreme Court of Florida
    Tallahassee, Florida
    Admitted September 25, 2006

    United States District Court for the Southern District of Florida
    Miami, Florida
    Admitted July 20, 2007

    United States District Court for the Middle District of Florida
    Tampa, Florida
    Admitted September 10, 2012

    United States District Court for the Northern District of Florida

>   Tallahassee, Florida
>   Admitted August 20, 2012
>
>   United States Court of Appeals for the Eleventh Circuit
>   Atlanta, Georgia
>   Admitted July 26, 2012
>
>   United States Patent and Trademark Office
>   Washington, DC
>   Admitted May 7, 2007

3. As an undergraduate, I attended the Johns Hopkins University and earned a Bachelor of Science in Computer Science on May 23, 2002. I graduated law school *summa cum laude* from the Nova Southeastern University Law School on June 30, 2006. I am licensed to practice as a patent attorney before the United States Patent and Trademark Office as of May 7, 2007.

4. In November 2007 I opened my law office as a sole practitioner. Since then, I have limited my practice to representing consumers.

5. I am an active member of the National Association of Consumer Advocates (NACA).

6. I have been Plaintiff's counsel in over 100 federal consumer cases in Florida district courts. I am co-counsel in six other pending class action lawsuits in the Southern District of Florida.

7. Since 2009, I have been one of the leading attorneys challenging the lawfulness of photo-enforced red light cameras in Florida. In 2010, I was featured on the covers of both the Miami Herald and the Sun Sentinel for my pro-consumer work opposing photo-enforced red light cameras throughout Florida. I represented Richard Masone in the leading case, and prevailed in the Supreme Court of Florida in 2014. *Masone v. City of Aventura*, 147 So. 3d 492 (Fla. 2014)

2

8. In 2013 and 2014, I attended the National Consumer Law Center Annual Consumer Rights Litigation Conferences in Washington, D.C. and Tampa, Florida, at which I attended two intensive Class Action Symposiums.  I am familiar with the ethical and professional guidelines governing class action litigation.

9. In November 2013, I was invited by Legal Aid Service of Broward County to speak about the Telephone Consumer Protection Act and the Fair Debt Collection Practices Act.

10. My peers generally regard me as an authority in the State of Florida with respect to the consumer matters.  Among my several published consumer protection decisions are the following citations:

    a. *Lardner v. Diversified Consultants, Inc.*, 17 F. Supp. 3d 1215 (S.D. Fla. 2014).

    b. *De Los Santos v. Millward Brown, Inc.*, Case No. 13-cv-80670-DPG, 2014 WL 2938605 (S.D. Fla. June 30, 2014).

    c. *Carbonell v. Weinstein, Pinson & Riley, P.S.*, No. 14-cv-20273-WPD, 2014 WL 2581043 (S.D. Fla. May 30, 2014).

    d. *Pincus v. Speedpay, Inc.*, Slip Copy, 2015 WL 5820808 (S.D. Fla. Oct 6, 2015) (Marra, J.).

11. I have been appointed as class counsel in the class actions *Guarisma v. Blue Cross and Blue Shield of Florida, Inc.*, Case No. 1:13-cv-21016-FAM (S.D. Fla.), *Soto v. The Gallup Organization, Inc.*, Case No. 0:13-cv-61747-RSR (S.D. Fla.), and *De los Santos v. Millward Brown, Inc.*, Case No. 9:13-cv-80670-DPG (S.D. Fla.).

12. This matter was extensively litigated, and this settlement was hard fought.  Both parties anticipated litigating this case to its conclusion.  The matter settled as a result of two

lengthy formal mediation sessions with Eric D. Green, of Resolutions, Inc., and it was only through contentious, lengthy negotiations, with the assistance of Mr. Green, that the parties were able to reach compromise. These negotiations, although heated, were conducted at arms length and in good faith.

13. Although I am confident in the prospects for Plaintiff and the proposed class if this case were to be litigated to completion, in my opinion, given the risks of continued litigation weighed against the potential benefit to the class, this settlement is fair and reasonable.

I, Bret L. Lusskin, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true.

Executed this 16th day of October, 2015 at Aventura, FL.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste 302
        Aventura, FL 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
    Bret L. Lusskin, Esq.
    Florida Bar No. 28069