Scott D. Owens, P.A.
3800 S. Ocean Drive
Suite 325
Hollywood, FL 33019



Steven F. Barley
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202

    Re:    **Legg v. Laboratory Corporation of America Holdings**
            **0:14-cv-61543-RLR**

Dear Judge Rosenberg:

I am a class member in this case. I object. I intend to appear at the fairness hearing to discuss my objections.

First, the release is far too broad. It seems to encompass claims that could arise from faulty lab work and personal injuries. This fact is not disclosed in the notice.

It is unclear how much fees shall be sought from the common fund. It appears to be excessive and Florida does not permit the percentage of the fund to be used in lieu of the lodestar method. The settlement agreement indicates that Florida law controls and this is appropriate. As such, an award based on percentage of the fund would appear to be inappropriate.

In any event, the time expended cannot be squared with work actually performed. The hourly rates appear to be excessive and are far higher than rates normally charged and for which compensation is provided in this community. The lodestar must be evaluated and cross-checked within this context.

Page 2

Finally, the settlement does not foreclose absurd results should the claims rate be too low. If only a handful of claimants file claims, there is no maximum cap. This could be problematic.

Very truly yours,

Steven Helfand

# Steven F. Helfand

1400 SW 137th Avenue,

No. F112,

Hollywood, Florida 33027

Telephone: 415.596.5611

December 30, 2015

Filing Clerk
US District Court
Southern District of Florida
701 Clematis Street
Fourth Floor
Courtroom 2
West Palm Beach, FL 33401

Michael Hilicki
Keogh Law LTD
55 W. Monroe Street
Suite 3390
Chicago, IL 60603

Brett Leon Lusskin, Jr.
Bret Lusskin, P.A.
20803 Biscayne Blvd.
Ste. 302
Aventura, FL 33180

Scott David Owens
Patrick Christopher Crotty

Page 1