14-CV-61543 -

# Steven F. Helfand

1400 SW 137th Avenue,
No. F112,
Hollywood, Florida 33027
Telephone: 415.596.5611

FILED BY _____ D.C.

JAN 11 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

January 7, 2015

Filing Clerk (via First Class Mail)
US District Court
Southern District of Florida
701 Clematis Street
Fourth Floor
Courtroom 2
West Palm Beach, FL 33401

Michael Hilicki (via email only)
Keogh Law LTD
55 W. Monroe Street
Suite 3390
Chicago, IL 60603

Brett Leon Lusskin, Jr. (via email only)
Bret Lusskin, P.A.
20803 Biscayne Blvd.
Ste. 302
Aventura, FL 33180

Scott David Owens (via email only)
Patrick Christopher Crotty

Page 1

Scott D. Owens, P.A.
3800 S. Ocean Drive
Suite 325
Hollywood, FL 33019

Steven F. Barley (via email only)
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202

Re:  Legg v. Laboratory Corporation of America Holdings
     0:14-cv-61543-RLR

Dear Judge Rosenberg:

After meet and confer with Class counsel, it has been determined that I am not a class member in this case. As such, my objection is moot and is withdrawn. No compensation or consideration was offered or shall be paid to me for withdrawal of my objection. Rather, withdrawal is appropriate because substantial evidence has come to light firmly establishing my lack of standing. It would be inappropriate for my objection to be considered by the Court under the circumstances. I apologize for any inconvenience.

Very truly yours,

Steven Helfand