UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61543-CIV-ROSENBERG/BRANNON

CHRISTOPHER W. LEGG, individually and
on behalf all others similarly situated,

    Plaintiff,

      v.

LABORATORY CORPORATION OF
AMERICA HOLDINGS, a Delaware corporation,

    Defendant.

**VERIFIED MOTION TO WITHDRAW OBJECTION TO SETTLEMENT**

COMES NOW, Sam A. Miorelli, E.I., Esq., appearing for himself *pro se*, who hereby moves to withdraw his Objection to Settlement, filed on January 25, 2016 and his Claim #600022203001, filed on January 13, 2016.

On January 28, 2016, at the request of Class Counsel, Mr. Miorelli provided confidential financial records to Class Counsel regarding transactions which Mr. Miorelli believed made him a member of the class as defined in the Settlement Agreement.

On February 2, 2016, Class Counsel provided Mr. Miorelli with confidential discovery materials from the case which tends to show that Mr. Miorelli's receipts for his four LabCorp transactions during the period contemplated in the Settlement Agreement had not violated FACTA.

As a result, Mr. Miorelli and Class Counsel agreed that Mr. Miorelli would move to withdraw his Objection and Class Counsel would state on the record of the case that the

references to Mr. Miorelli in footnote 3 and Appendix 4 of the Motion for Final Approval of Class Action Settlement (Dkt 218 and 218-4) are irrelevant. No other consideration was given or received by Mr. Miorelli, Class Counsel, or anyone else as part of this agreement. No monetary compensation was or shall be made between Mr. Miorelli, the class, Class Counsel, or anyone else in connection with Mr. Miorelli's Objection, Claim, or the withdrawal of the same.

Consequently, Mr. Miorelli hereby moves to withdraw his Objection as well as his Claim #600022203001.

Dated: February 3, 2016

/s/ Sam A. Miorelli
Sam A. Miorelli, E.I., Esq.
Florida Bar # 99886 (appearing *pro se*)
sam.miorelli@gmail.com
Law Office of Sam Miorelli, P.A.
764 Ellwood Avenue
Orlando, FL 32804
352-458-4092

**VERIFICATION**

I, Sam A. Miorelli, hereby swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: February 3, 2016

Location: Orlando, Orange County, Florida

/s/ Sam A. Miorelli
Sam A. Miorelli, E.I., Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2016, I electronically filed the foregoing and attached Exhibit(s) with the document with the Clerk of the Court using the CM/ECF filing system which effectuated service on all counsel of record, who are registered users of CM/ECF for electronic service, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sam A. Miorelli
Sam A. Miorelli, E.I., Esq.